# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 19, 2014

147636 & (60)

In re K. FARRIS, Minor.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147636
COA: 311967
Antrim CC Family Division:
10-005512-NA

_____/

By order of October 23, 2013, the application for leave to appeal the August 8, 2013 judgment of the Court of Appeals was held in abeyance pending the decision in *In re Sanders* (Docket No. 146680). On order of the Court, the case having been decided on June 2, 2014, 495 Mich 394 (2014), the application is again considered, and it is GRANTED, limited to the issues: (1) whether and to what extent the collateral attack analysis in *In re Hatcher*, 443 Mich 426 (1993), extends to the due process issues disposed of by *Sanders*; (2) whether the Court of Appeals properly applied the plain error standard of review in light of *Hatcher*; (3) to the extent a collateral attack is permissible, whether the Court's decision in *Sanders* applies retroactively to this case; and (4) if so, what is the appropriate remedy.

The Legal Services Association of Michigan and Michigan State Planning Body for the Delivery of Legal Services to the Poor, American Civil Liberties Union Fund of Michigan, State Bar of Michigan Family Law and Children's Law Sections, Michigan Coalition to End Domestic and Sexual Violence, National Association of Counsel for Children, UDM Juvenile Appellate Practice Clinic, and the Prosecuting Attorneys Association of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.

The motion for peremptory reversal is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 19, 2014



Clerk

p0916